**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR  97204
Telephone: 503.223.3000

   Attorneys for Defendants Matthew Scott Jacobs and
   Franklin United, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIT HAMMICK, | Case No. 3:19-cv-00200 |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF REMOVAL** |
| MATTHEW SCOTT JACOBS and FRANKLIN UNITED, INC., an Idaho corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, § 1446, and § 1332(a), Defendants Matthew Scott Jacobs and Franklin United, Inc. ("Defendants") remove this action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division.

/ / /

**RELEVANT FACTS**

On January 23, 2019, Plaintiff served Defendants with a Summons and Complaint captioned *Marit Hammick vs. Matthew Scott Jacobs and Franklin United, Inc.* Case No. 19CV02046, filed in the Circuit Court for the State of Oregon for the County of Multnomah. *See* Declaration of Jessica Lancaster ("Lancaster Decl."), ¶2.  Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. *Id.*  These documents, taken together, constitute all process, pleadings, and orders served on Defendant in that action up to the present date. *Id.*

**GROUNDS FOR REMOVAL**

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction over the action. This action is one over which the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).  The grounds for removal of this action are:

1.      Plaintiff's principle claims for relief against Defendants exceed $75,000.  Plaintiff seeks damages of $875,000.00.  Complaint ¶8-10.

2.      Plaintiff and Defendants are residents of different states.  Plaintiff resides in Oregon. *See* Complaint ¶2. Defendant Franklin United, Inc. is headquartered and has its principal place of business in Twin Falls, Idaho. Lancaster Decl., ¶3; *see also* Defendant's Corporate Disclosure Statement (being filed concurrently).  Defendant Matthew Scott Jacobs is a resident of and lives in Nampa, Idaho.  Lancaster Decl., ¶4; *see also* Exhibit C Proofs of Service.  Therefore, the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

3.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days have elapsed since copies of the Summons and Complaint were served on Defendants.  A

Page 2    **DEFENDANTS' NOTICE OF REMOVAL**

copy of the Affidavit of Service provided by Plaintiff is attached hereto as Exhibit C. Lancaster Decl., ¶2.

4.      No further proceedings have occurred in the Circuit Court of the State of Oregon for the County of Multnomah as of the date of this removal other than outlined herein.

5.      Counsel for Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah and will give notice of the same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this action be removed from the Circuit Court for the State of Oregon for the County of Multnomah and placed on the docket of the United States District Court for the District of Oregon in the Portland Division.

Dated this 8th day of February, 2019.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica M. Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
    Attorneys for Defendants Matthew Scott Jacobs and
    Franklin United, Inc.

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR  97204
Telephone: 503.223.3000

      Attorneys for Defendants Matthew Scott Jacobs and
      Franklin United, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIT HAMMICK, | Case No. 3:19-cv-00200 |
|       Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MATTHEW SCOTT JACOBS and FRANKLIN UNITED, INC., an Idaho corporation, | |
|       Defendant. | |

    I hereby certify that a true copy of the foregoing **DEFENDANTS' NOTICE OF**

**REMOVAL** was served on:

| | |
|---|---|
| Willard E. Merkel<br>Merkel & Associates<br>One SW Columbia, Suite 520<br>Portland, OR 97258<br>    *Attorneys for Plaintiff* | ☐  By hand delivery<br>☑  By first-class mail*<br>☑  By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>☐  By facsimile transmission<br>     Fax #: (503) 222-4461<br>☐  By e-mail:<br>     wmerkel@merkelassoc.com |

Page 1   **CERTIFICATE OF SERVICE**

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 8th day of February, 2019.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica M. Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
    Attorneys for Defendants Matthew Scott Jacobs and
    Franklin United, Inc.

Page 2    **CERTIFICATE OF SERVICE**