IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| MARIT HAMMICK, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) COMPLAINT |
| vs. | ) Personal Injury – Auto |
| | ) CLAIM NOT SUBJECT TO MANDATORY |
| MATTHEW SCOTT JACOBS and | ) ARBITRATION |
| FRANKLIN UNITED, INC., an Idaho | ) |
| corporation, | ) |
| | ) Fee at ORS 21.160(1)(c) |
| Defendant. | ) Prayer Amount $875,000 |

COMES NOW Plaintiff and, for claim for relief against Defendants, and each of them, as follows, complains and alleges as follows:

1.

That during all of the times herein mentioned, Franklin United, Inc. was a corporation organized and existing under and by virtue of the laws of the State of Idaho and was authorized to do business within the State of Oregon.

2.

That during all of the times herein mentioned, Defendant Matthew Scott Jacobs was an agent or employee of Defendant Franklin United, Inc., an Idaho corporation.

3.

That during all of the times herein mentioned, Defendants were the operators of a certain truck bearing license BG1197 and VIN number 1FVHGEDR6CSBT6489.

Page 1 - COMPLAINT

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX: (503) 222-4461

4.

That during all of the times herein mentioned, Plaintiff was the operator of a 2011 Nissan automobile.

5.

That during all of the times herein mentioned, Interstate Highway 5 southbound was a public roadway in Portland, Multnomah County, Oregon at or near its Moda Center onramp.

6.

That on or about August 1, 2018, Defendants were operating their aforesaid truck southbound on Interstate Highway 5 on the ramp from Interstate Highway 5 southbound to I-84 eastbound, and Plaintiff, driving her 2011 Nissan automobile, was following said truck in traffic when Defendants' truck dropped its driveline onto the pavement causing an unavoidable accident during which Plaintiff's automobile collided with the driveline, threw her about and injured her in the manner hereinafter more fully described.

7.

That at said time and place, Defendants were negligent in one or more of the following particulars, to-wit:

(a)  In operating the vehicle when it was in an unsafe condition, all in violation of the Oregon Motor Vehicle Code (negligence per se – ORS 811.020); and

(b)  In failing to warn Plaintiff and other motorists that its vehicle was unsafe, subject to dropping its driveline upon the pavement.

8.

That as the result of the negligence of Defendants as aforesaid, Defendants caused its truck to drop its driveline on the pavement where it was struck by Plaintiff's following

Page 2 - COMPLAINT

*Willard E. Merkel*
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX: (503) 222-4461

automobile caused her to sustain injuries, including bruises and contusions, injuries to the cervical, thoracic and lumbar spine, with myofascitis, muscle spasm, post-traumatic headaches, and herniated lumbar discs requiring surgery, and all of the aforesaid injuries have caused Plaintiff to sustain pain and suffering, and the injuries are permanent and Plaintiff will sustain pain and suffering in the future all to her noneconomic damage in a sum to be determined by the jury not to exceed $500,000.

9.

That as the result of the negligence of Defendants as aforesaid, Plaintiff was required to incur reasonable and necessary accident-related medical expenses all to her economic damage in a sum to be determined prior to trial and currently estimated at $125,000.

10.

That as the result of the negligence of Defendant as aforesaid, Plaintiff sustained a permanent loss of wage earning capacity all to her further economic damage in a sum to be determined by the jury not to exceed the estimated sum of $250,000.

WHEREFORE, Plaintiff prays for Judgment against Defendants, and each of them, for a sum of noneconomic damages in an amount to be determined by the jury not to exceed $500,000, together with her economic damages for accident-related medical expenses in an amount to be determined prior to trial and currently estimated at $125,000, together with her economic

///
///
///
///
///

Page 3 - COMPLAINT

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX: (503) 222-4461

damages for loss of earning capacity in the estimated sum of $250,000, together with her costs and disbursements incurred herein.

DATED this 9TH day of JANUARY, 2019.

MERKEL & ASSOCIATES


By: _____
Willard E. Merkel, OSB No. 790852
E-mail: wmerkel@merkelassoc.com
Of Attorneys for Plaintiff

Page 4 - COMPLAINT

Willard E. Merkel
ATTORNEY AT LAW
UMPQUA BANK PLAZA
ONE SW COLUMBIA ST., SUITE 520
PORTLAND, OREGON 97258
TELEPHONE (503) 222-0056
FAX: (503) 222-4461