**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: 503.223.3000

    Attorneys for Defendants Matthew Scott Jacobs and
Franklin United, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIT HAMMICK, | Case No. 3:19-cv-00200-JR |
| Plaintiff, | |
| v. | **THIRD PARTY PLAINTIFFS' MOTION AND ORDER OF DISMISSAL OF THE THIRD-PARTY COMPLAINT AGAINST GATES CORPORATION** |
| MATTHEW SCOTT JACOBS and FRANKLIN UNITED, INC., an Idaho corporation, | |
| Defendant. | |
| MATTHEW SCOTT JACOBS and FRANKLIN UNITED, INC., an Idaho corporation, | |
| Third-Party Plaintiffs, | |
| v. | |
| GATES CORPORATION, a Colorado corporation, | |
| Third-Party Defendant. | |

Page 1   **THIRD PARTY PLAINTIFFS' MOTION AND ORDER OF DISMISSAL OF THE THIRD-PARTY COMPLAINT AGAINST GATES CORPORATION**

Third-Party Plaintiffs Matthew Jacobs and Franklin United, by and through their attorneys hereby move this court for an entry of an order dismissing Third-Party Plaintiffs' Third-Party Complaint against the Third-Party Defendant, Gates Corporation under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Dismissal shall be without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Dated this 27th day of August, 2019.

CHOCK BARHOUM LLP

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica M. Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
    Attorneys for Matthew Scott Jacobs and Franklin
    United, Inc.

**IT IS SO ORDERED.**

DATED: 8/28/2019

Honorable Jolie A. Russo
U.S. MAGISTRATE Judge of the District Court of Oregon