**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendants Matthew Scott Jacobs and Franklin United, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIT HAMMICK | Case No. No. 3:19-cv-00200-JR |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MATTHEW SCOTT JACOBS and FRANKLIN UNITED, INC., an Idaho corporation | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate and agree that in consideration of a negotiated settlement executed by them, this action should be dismissal with prejudice, including all claims and

counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

Date: 8-9-21

_____
Willard E. Merkel, OSB No. 790852
Email: wmerkel@merkelassoc.com
Attorneys for Plaintiff

**CHOCK BARHOUM LLP**

Date: 8/16/21

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
Attorneys for Defendants

## ORDER OF DISMISSAL

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party bearing their own attorney fees and costs.

DATED this 17th day of August, 2021.

/s/ Jolie A. Russo
U.S. MAGISTRATE JUDGE